# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

MARILYN KAYE FREEMAN

V.

MATTHEW CATE, Secretary,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 09cv2552-JM (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the petition is dismissed without prejudice because this Court must abstain from interfering with the ongoing state criminal proceedings pursuant to the abstention doctrine of Younger v. Harris, 401 U.S. 37 (1971).................................................................................................................
................................................................................................................................................

| November 17, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON November 17, 2009

. 09cv2552-JM(BLM)